IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

NED BOGGS                                                                                          PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 2:10cv103 - P- S

TRANSERVICE LEASE CORP., ET AL                                            DEFENDANTS

## ORDER

Before the court are the defendants' motion for an extension of time to respond to plaintiff's discovery and to designate experts (#62) and the plaintiff's motion to compel discovery (#60). After considering the motions, the record in this case and current case management order deadlines, the court finds as follows:

(1) Defendants' motion for extension of time (#62) is hereby Granted, and

(2) Plaintiff's motion to compel discovery (#60) is rendered moot.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted: an extension to February 17, 2011 to respond to plaintiff's discovery requests; an extension to March 3, 2011 for the defendants to designate experts; April 1, 2011 for completion of discovery; and April 15, 2011 for the filing of motions other than motions in limine.

**SO ORDERED**, this, the 18th day of February, 2011.

/s/David A. Sanders
**UNITED STATES MAGISTRATE**